IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARVIN McELROY,                              No C-09-2584 VRW (PR)

       Petitioner,

       v                                    ORDER OF TRANSFER

MICHAEL MARTEL, Warden,

       Respondent.
_____/

       Petitioner seeks federal habeas review of the execution of a sentence imposed by the Alameda County superior court, which lies in this judicial district.  See 28 USC § 84(a).  Petitioner is incarcerated at Mule Creek State Prison in the County of Amador, which lies in the Eastern District of California.  See id § 84(b).

       Venue is proper in a habeas action in either the district of conviction or the district of confinement, id § 2241(d); the district of confinement, however, is the preferable forum to review the execution of a sentence.  See Habeas L R 2254-3(a); Dunne v Henman, 875 F2d 244, 249 (9th Cir 1989); cf Laue v Nelson, 279 F Supp 265, 266 (ND Cal 1968) (district of conviction preferable forum

1  to review conviction).

2    Because the County of Amador lies in the Eastern District
3  of California, pursuant to 28 USC § 1404(a) and Habeas Local Rule
4  2254-3(b) and in the interest of justice the court orders this
5  petition TRANSFERRED to the United States District Court for the
6  Eastern District of California.

7    The clerk shall transfer this matter and terminate all
8  pending motions as moot.

10    IT IS SO ORDERED.

                **VAUGHN R WALKER**
                **United States District Chief Judge**

26  G:\PRO-SE\VRW\HC.09\McElroy-09-2584-bph-transfer.wpd

**2**